# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re                                    )      Case No.
BENJAMIN ISOM                            )
                                         )      **DECLARATION REGARDING**
                                         )      **PAYMENTS**
                                         )
_____ Debtor(s)       )

☑ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from an employer within 60 days before the date of the filing of the petition, with redaction of all but the last four digits of the debtor's social security number or individual tax payer identification number.

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition.

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____
BENJAMIN ISOM

Dated: 3.4.19

DECLARATION REGARDING PAYMENTS

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA 98840
Soc Sec #: xxx-xx-xxxx    Employee ID: 5348

Home Department: 3 Yardwork / 1 Blue North

**Pay Period:** 08/27/18 to 09/16/18
**Check Date:** 09/21/18    **Check #:** 11227
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 1563.78 | 1563.78 |
| **NET PAY** | **1563.78** | **1563.78** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| BN Yard Hours | M132.00 | | 1856.25 | M132.00 | 1856.25 |
| **Total Hours** | 132.00 | | | 132.00 | |
| **Gross Earnings** | | | 1856.25 | | 1856.25 |
| **Total Hrs Worked** | 132.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 115.09 | 115.09 |
| Medicare | | 26.92 | 26.92 |
| Fed Income Tax | M 4 | 150.46 | 150.46 |
| **TOTAL** | | 292.47 | 292.47 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1563.78** | **1563.78** |

*Payrolls by Paychex, Inc.*

**0942 1604-3719**  Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA 98840
Soc Sec #: xxx-xx-xxxx    Employee ID: 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 09/17/18 to 09/30/18
**Check Date:** 10/05/18    **Check #:** 11319

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 2293.44 | 3857.22 |
| **NET PAY** | **2293.44** | **3857.22** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BN Yard Hours | M120.00 | | 2868.75 | M252.00 | 4725.00 |
| | **Total Hours** | 120.00 | | | 252.00 | |
| | **Gross Earnings** | | | 2868.75 | | 4725.00 |
| | **Total Hrs Worked** | 120.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 177.86 | 292.95 |
| | Medicare | | 41.59 | 68.51 |
| | Fed Income Tax | M 4 | 355.86 | 506.32 |
| | **TOTAL** | | 575.31 | 867.78 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2293.44** | **3857.22** |

*Payrolls by Paychex, Inc.*

**0942 1604-3719** Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA 98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA  98840
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 10/15/18 **to** 10/28/18
**Check Date:** 11/02/18   **Check #:** 11456
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 2326.08 | 7249.91 |
| **NET PAY** | **2326.08** | **7249.91** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BN Yard Hours | M144.00 | | 2700.00 | M462.00 | 8662.50 |
| | **Total Hours** | 144.00 | | | 462.00 | |
| | **Gross Earnings** | | | 2700.00 | | 8662.50 |
| | **Total Hrs Worked** | 144.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 167.40 | 537.08 |
| | Medicare | | 39.15 | 125.61 |
| | Fed Income Tax | M 4 | 167.37 | 749.90 |
| | **TOTAL** | | 373.92 | 1412.59 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2326.08 | 7249.91 |

*Payrolls by Paychex, Inc.*

**0942 1604-3719** Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA  98840
Soc Sec #: xxx-xx-xxxx    Employee ID: 5348

Home Department: 3 Yardwork / 1 Blue North

Pay Period: 10/29/18 to 11/11/18
Check Date: 11/16/18    Check #: 11557

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 2687.66 | 9937.57 |
| **NET PAY** | **2687.66** | **9937.57** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BN Yard Hours | M168.00 | | 3150.00 | M630.00 | 11812.50 |
| | **Total Hours** | 168.00 | | | 630.00 | |
| | **Gross Earnings** | | | 3150.00 | | 11812.50 |
| | **Total Hrs Worked** | 168.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 195.30 | 732.38 |
| | Medicare | | 45.67 | 171.28 |
| | Fed Income Tax | M 4 | 221.37 | 971.27 |
| | **TOTAL** | | 462.34 | 1874.93 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2687.66** | **9937.57** |

*Payrolls by Paychex, Inc.*

**0542 1604-3719** Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA  98840
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 11/12/18 to 11/21/18
**Check Date:** 11/30/18    **Check #:** 11654

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 1964.50 | 11902.07 |
| **NET PAY** | **1964.50** | **11902.07** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | BN Yard Hours | M120.00 | | 2250.00 | M750.00 | 14062.50 |
| | **Total Hours** | 120.00 | | | 750.00 | |
| | **Gross Earnings** | | | 2250.00 | 12.78 | 14062.50 |
| | **Total Hrs Worked** | 120.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 139.50 | 871.88 |
| | Medicare | | 32.63 | 203.91 |
| | Fed Income Tax | M 4 | 113.37 | 1084.64 |
| | **TOTAL** | | 285.50  196.46 | 2160.43 |

| NET PAY | | THIS PERIOD ($) 1964.50 | YTD ($) 11902.07 |
|---|---|---|---|

*Payrolls by Paychex, Inc.*

**0942 1604-3719**  Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re                                              )          Case No.
BENJAMIN ISOM                                      )
                                                   )          **DECLARATION REGARDING**
                                                   )          **PAYMENTS**
                                                   )
_____ Debtor(s) )

☑ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment
received by the debtor from an employer within 60 days before the date of the filing of the
petition, with redaction of all but the last four digits of the debtor's social security number or
individual tax payer identification number.

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any
employer within 60 days prior to the filing of the petition.

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____
BENJAMIN ISOM

Dated: 3.4.19

DECLARATION REGARDING PAYMENTS

## PERSONAL AND CHECK INFORMATION

BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA  98840
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:**  5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 08/27/18 to 09/16/18
**Check Date:**  09/21/18   **Check #:** 11227

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 1563.78 | 1563.78 |
| **NET PAY** | **1563.78** | **1563.78** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| BN Yard Hours | M132.00 | | 1856.25 | M132.00 | 1856.25 |
| **Total Hours** | 132.00 | | | 132.00 | |
| **Gross Earnings** | | | 1856.25 | | 1856.25 |
| **Total Hrs Worked** | 132.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 115.09 | 115.09 |
| Medicare | | 26.92 | 26.92 |
| Fed Income Tax | M 4 | 150.46 | 150.46 |
| **TOTAL** | | 292.47 | 292.47 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1563.78** | **1563.78** |

*Payrolls by Paychex, Inc.*

**0942 1604-3719**  Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

19-00494-FPC7    Doc 3    Filed 03/05/19    Entered 03/05/19 11:40:57    Pg 8 of 29

## PERSONAL AND CHECK INFORMATION

BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA 98840
Soc Sec #: xxx-xx-xxxx    Employee ID: 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 09/17/18 to 09/30/18
**Check Date:** 10/05/18    **Check #:** 11319

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 2293.44 | 3857.22 |
| **NET PAY** | **2293.44** | **3857.22** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| BN Yard Hours | M120.00 | | 2868.75 | M252.00 | 4725.00 |
| **Total Hours** | 120.00 | | | 252.00 | |
| **Gross Earnings** | | | 2868.75 | | 4725.00 |
| **Total Hrs Worked** | 120.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 177.86 | 292.95 |
| Medicare | | 41.59 | 68.51 |
| Fed Income Tax | M 4 | 355.86 | 506.32 |
| **TOTAL** | | 575.31 | 867.78 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2293.44** | **3857.22** |

*Payrolls by Paychex, Inc.*

**0942 1604-3719** Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA 98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA 98840
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 10/15/18 **to** 10/28/18
**Check Date:** 11/02/18    **Check #:** 11456

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 2326.08 | 7249.91 |
| **NET PAY** | **2326.08** | **7249.91** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| BN Yard Hours | M144.00 | | 2700.00 | M462.00 | 8662.50 |
| **Total Hours** | 144.00 | | | 462.00 | |
| **Gross Earnings** | | | 2700.00 | | 8662.50 |
| **Total Hrs Worked** | 144.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 167.40 | 537.08 |
| Medicare | | 39.15 | 125.61 |
| Fed Income Tax | M 4 | 167.37 | 749.90 |
| **TOTAL** | | 373.92 | 1412.59 |

| | | NET PAY | THIS PERIOD ($) 2326.08 | YTD ($) 7249.91 |
|---|---|---|---|---|

*Payrolls by Paychex, Inc.*

**0942 1604-3719** Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA 98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA  98840
Soc Sec #: xxx-xx-xxxx    Employee ID: 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:**  10/29/18 to 11/11/18
**Check Date:**  11/16/18    **Check #:** 11557

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 2687.66 | 9937.57 |
| **NET PAY** | **2687.66** | **9937.57** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| BN Yard Hours | M168.00 | | 3150.00 | M630.00 | 11812.50 |
| Total Hours | 168.00 | | | 630.00 | |
| **Gross Earnings** | | | 3150.00 | | 11812.50 |
| **Total Hrs Worked** | 168.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 195.30 | 732.38 |
| Medicare | | 45.67 | 171.28 |
| Fed Income Tax | M 4 | 221.37 | 971.27 |
| **TOTAL** | | 462.34 | 1874.93 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2687.66** | **9937.57** |

*Payrolls by Paychex, Inc.*

0542 1604-3719  Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

**PERSONAL AND CHECK INFORMATION**
BENJAMIN H ISOM
2275C CAMERON LAKE RD
OKANOGAN, WA  98840
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 5348

**Home Department:** 3 Yardwork / 1 Blue North

**Pay Period:** 11/12/18 to 11/21/18
**Check Date:** 11/30/18    **Check #:** 11654

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3662 | 1964.50 | 11902.07 |
| **NET PAY** | **1964.50** | **11902.07** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| BN Yard Hours | M120.00 | | 2250.00 | M750.00 | 14062.50 |
| **Total Hours** | 120.00 | | | 750.00 | |
| **Gross Earnings** | | | 2250.00 | | 14062.50 |
| **Total Hrs Worked** | 120.00 | | | | |

_1278_

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 139.50 | 871.88 |
| Medicare | | 32.63 | 203.91 |
| Fed Income Tax | M 4 | 113.37 | 1084.64 |
| **TOTAL** | | 285.50 | 2160.43 |

_196_⁴⁰

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1964.50** | **11902.07** |

*Payrolls by Paychex, Inc.*

**0942 1604-3719**  Blue North Payroll LLC • 2930 Westlake Ave N Suite 300 • Seattle WA  98109 • (206) 352-9252

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re                                    )        Case No.
CYNTHIA ISOM                             )
                                         )        **DECLARATION REGARDING**
                                         )        **PAYMENTS**
                                         )
_____  Debtor(s)  )

☑ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from an employer within 60 days before the date of the filing of the petition, with redaction of all but the last four digits of the debtor's social security number or individual tax payer identification number.

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition.

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____
CYNTHIA ISOM

Dated: 3.4.19

DECLARATION REGARDING PAYMENTS

**OKANOGAN SCHOOL DISTRICT**

| Employee Name | SSN | Tax Exemptions | Period End | Check Date | Location | Number |
|---|---|---|---|---|---|---|
| CYNTHIA E ISOM | | FED M - 6WA M - 0 | 01/31/2019 | 01/31/2019 | CONV | 000246942 |

| Payments | Rate | Current Hours | Amount | YTD Amount | Contract Amount | Balance |
|---|---|---|---|---|---|---|
| SUB PAY | 12.4500 | 39.75 | 494.89 | 494.89 | | |
| **Totals** | | 39.75 | 494.89 | 494.89 | | |

| Deductions | Current Amount | YTD Amount | PreTax |
|---|---|---|---|
| FICA | 30.68 | 30.68 | |
| MEDICARE | 7.18 | 7.18 | |
| WORKERS' COMP | 2.23 | 2.23 | |
| PAID FM LEAVE | 1.25 | 1.25 | |
| **Totals** | 41.34 | 41.34 | |

| Benefits | Current Amount | YTD Amount |
|---|---|---|
| FICA | 30.68 | 30.68 |
| WORKERS' COMP | 9.92 | 9.92 |
| MEDICARE | 7.18 | 7.18 |
| PAID FM LEAVE | 0.73 | 0.73 |
| UNEMPLOYMENT 00 | 0.59 | 0.59 |
| **Totals** | 49.10 | 49.10 |

| Time Off Info | Beg. Bal. | Added | Used | Current | Unit |
|---|---|---|---|---|---|
| SICK LEAVE | 0.00 | 1.00 | 0.00 | 1.00 | Hours |

| | | Current Amount | YTD Amount |
|---|---|---|---|
| Gross Pay | | 494.89 | 494.89 |
| Pre-Tax Deductions | - | 0.00 | 0.00 |
| Taxable Wages | | 494.89 | 494.89 |
| Federal Tax | - | 0.00 | 0.00 |
| State Tax | - | 0.00 | 0.00 |
| FICA/Medicare | - | 37.86 | 37.86 |
| Other Deductions | - | 3.48 | 3.48 |
| Reimbursed | + | 0.00 | 0.00 |
| Net Pay | | 453.55 | 453.55 |

**OKANOGAN SCHOOL DISTRICT**

| Employee Name | SSN | Tax Exemptions | Period End | Check Date | Location | Number |
|---|---|---|---|---|---|---|
| CYNTHIA E ISOM | | FED M - 6 WA M - 0 | 12/31/2018 | 12/31/2018 | CONV | 000246752 |

| Payments | Rate | Current Hours | Amount | YTD Amount | Contract Amount | Balance |
|---|---|---|---|---|---|---|
| SUB PAY | 12.4500 | 27.50 | 342.40 | 516.70 | | |
| **Totals** | | 27.50 | 342.40 | 516.70 | | |

| Deductions | Current Amount | YTD Amount | PreTax |
|---|---|---|---|
| FICA | 21.23 | 32.04 | |
| MEDICARE | 4.96 | 7.49 | |
| WORKERS' COMP | 1.42 | 2.14 | |
| **Totals** | 27.61 | 41.67 | |

| Benefits | Current Amount | YTD Amount |
|---|---|---|
| FICA | 21.23 | 32.04 |
| WORKERS' COMP | 6.74 | 10.17 |
| MEDICARE | 4.96 | 7.49 |
| UNEMPLOYMENT 00 | 0.41 | 0.62 |
| **Totals** | 33.34 | 50.32 |

| Time Off Info | Beg. Bal. | Added | Used | Current | Unit |
|---|---|---|---|---|---|
| | | | | | |

| | | Current Amount | YTD Amount |
|---|---|---|---|
| Gross Pay | | 342.40 | 516.70 |
| Pre-Tax Deductions | - | 0.00 | 0.00 |
| Taxable Wages | | 342.40 | 516.70 |
| Federal Tax | - | 0.00 | 0.00 |
| State Tax | - | 0.00 | 0.00 |
| FICA/Medicare | - | 26.19 | 39.53 |
| Other Deductions | - | 1.42 | 2.14 |
| Reimbursed | + | 0.00 | 0.00 |
| Net Pay | | 314.79 | 475.03 |

**OKANOGAN SCHOOL DISTRICT**

| Employee Name | SSN | Tax Exemptions | Period End | Check Date | Location | Number |
|---|---|---|---|---|---|---|
| CYNTHIA E ISOM | | FED M - 6 WA M - 0 | 11/20/2018 | 11/30/2018 | CONV | 000246675 |

| Payments | Rate | Current Hours | Amount | YTD Amount | Contract Amount | Balance |
|---|---|---|---|---|---|---|
| SUB PAY | 12.4500 | 14.00 | 174.30 | 174.30 | | |
| Totals | | 14.00 | 174.30 | 174.30 | | |

| Deductions | Current Amount | YTD Amount | PreTax |
|---|---|---|---|
| FICA | 10.81 | 10.81 | |
| MEDICARE | 2.53 | 2.53 | |
| WORKERS' COMP | 0.72 | 0.72 | |
| Totals | 14.06 | 14.06 | |

| Benefits | Current Amount | YTD Amount |
|---|---|---|
| FICA | 10.81 | 10.81 |
| WORKERS' COMP | 3.43 | 3.43 |
| MEDICARE | 2.53 | 2.53 |
| UNEMPLOYMENT 00 | 0.21 | 0.21 |
| Totals | 16.98 | 16.98 |

| Time Off Info | Beg. Bal. | Added | Used | Current | Unit |
|---|---|---|---|---|---|
| | | | | | |

| | | Current Amount | YTD Amount |
|---|---|---|---|
| Gross Pay | | 174.30 | 174.30 |
| Pre-Tax Deductions | - | 0.00 | 0.00 |
| Taxable Wages | | 174.30 | 174.30 |
| Federal Tax | - | 0.00 | 0.00 |
| State Tax | - | 0.00 | 0.00 |
| FICA/Medicare | - | 13.34 | 13.34 |
| Other Deductions | - | 0.72 | 0.72 |
| Reimbursed | + | 0.00 | 0.00 |
| Net Pay | | 160.24 | 160.24 |



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**     479-273-4000

**Pay Period Beginning Date: 01-05-2019 through Ending Date: 01-18-2019**

| | | | |
|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$306.68<br>**$306.68** |
| **Deposit Date**<br>01-24-2019 | **Advice #**<br>476606335 | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | | $0.00 | $436.32 | SOCIAL SECURITY | $25.48 | $61.83 |
| PROT PTO USED | $12.0000 | 27.75 | $333.00 | $333.00 | WA STATE FLI | $0.84 | $2.04 |
| PTO PAY | | | $0.00 | $38.88 | CHECK DEPOSIT | $306.68 | $744.33 |
| | | | | | | | |
| PTO AVAILABLE | | 0.89 | | | | | |
| PROTPTOUSEDYTD | | 27.75 | | | | | |
| PROTECTED PTO | | 21.54 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | $333.00 | $26.32 | $0.00 | $306.68 | | | |
| **Year to Date** | $808.20 | $63.87 | $0.00 | $744.33 | | 476606335 | $306.68 |

**Get paid early with the Even app. Click here to download.**

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**    **479-273-4000**

**Pay Period Beginning Date: 12-22-2018 through Ending Date: 01-04-2019**

| | | | |
|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$437.65<br>$437.65 |
| **Deposit Date**<br>01-10-2019 | **Advice #**<br>475194312 | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $12.0000 | 36.36 | $436.32 | $436.32 | SOCIAL SECURITY | $36.35 | $36.35 |
| PTO PAY | $12.0000 | 3.24 | $38.88 | $38.88 | WA STATE FLI | $1.20 | $1.20 |
| | | | | | CHECK DEPOSIT | $437.65 | $437.65 |
| PTO AVAILABLE | | 0.89 | | | | | |
| WRKDHRS | | 36.36 | | | | | |
| PROTECTED PTO | | 48.37 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | $475.20 | $37.55 | $0.00 | $437.65 | | | |
| **Year to Date** | $475.20 | $37.55 | $0.00 | $437.65 | | 475194312 | $437.65 |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**     479-273-4000

**Pay Period Beginning Date: 12-08-2018 through Ending Date: 12-21-2018**

| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$277.30<br>$277.30 |
|---|---|---|---|---|
| **Deposit Date**<br>12-27-2018 | **Advice #**<br>473769999 | | | |

| **W4 Withholding:** | **Tax Method:** | **Pay Category:** | **Exemptions:** | **Additional Withholding:** |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 26.11 | $300.26 | $16,241.84 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $22.97 | $1,278.89 |
| OVERTIME/INCT | | | $0.00 | $0.02 | CHECK DEPOSIT | $277.30 | $14,501.40 |
| WM DISCR BONUS | | | $0.00 | $200.00 | | | |
| MYSHARE INCT | | | $0.00 | $273.45 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 26.11 | | | | | |
| PROTECTED PTO | | 47.05 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | $300.27 | $22.97 | $0.00 | $277.30 | | | |
| **Year to Date** | $16,717.55 | $2,216.15 | $0.00 | $14,501.40 | | 473769999 | $277.30 |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.    479-273-4000**

**Pay Period Beginning Date: 11-24-2018 through Ending Date: 12-07-2018**

| CYNTHIA E ISOM 2275C CAMERON LAKE RD. OKANOGAN, WA 98840 | **Payee** USAA FEDERAL SAVINGS BANK | **Type** CHECK DEPOSIT | **Account #** xxxxxxxxxxxx3662 | **Amount** $302.68 |
|---|---|---|---|---|
| | | | **Total Amount** | **$302.68** |
| **Deposit Date** 12-13-2018    **Advice #** 472339618 | | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 28.50 | $327.75 | $15,941.57 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $25.07 | $1,255.92 |
| OVERTIME/INCT | | | $0.00 | $0.02 | CHECK DEPOSIT | $302.68 | $14,224.10 |
| WM DISCR BONUS | | | $0.00 | $200.00 | | | |
| MYSHARE INCT | | | $0.00 | $273.45 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 28.50 | | | | | |
| PROTECTED PTO | | 46.18 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| Current | $327.75 | $25.07 | $0.00 | $302.68 | | | |
| Year to Date | $16,417.28 | $2,193.18 | $0.00 | $14,224.10 | | 472339618 | $302.68 |

**Get paid early with the Even app. Click here to download.**

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**   479-273-4000

**Pay Period Beginning Date: 11-10-2018 through Ending Date: 11-23-2018**

| | | | | |
|---|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$602.40<br>**$602.40** |
| **Deposit Date**<br>11-29-2018 | **Advice #**<br>470888259 | | | |

| **W4 Withholding:** | **Tax Method:** | **Pay Category:** | **Exemptions:** | **Additional Withholding:** |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 42.60 | $489.90 | $15,613.82 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $49.90 | $1,230.85 |
| OVERTIME/INCT | | | $0.02 | $0.02 | CHECK DEPOSIT | $602.40 | $13,921.42 |
| WM DISCR BONUS | | | $0.00 | $200.00 | | | |
| MYSHARE INCT | | | $162.38 | $273.45 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 42.60 | | | | | |
| PROTECTED PTO | | 45.23 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | $652.30 | $49.90 | $0.00 | $602.40 | | | |
| **Year to Date** | $16,089.53 | $2,168.11 | $0.00 | $13,921.42 | | 470888259 | $602.40 |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**    **479-273-4000**

**Pay Period Beginning Date: 10-27-2018 through Ending Date: 11-09-2018**

| | | | | |
|---|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$386.58<br>**$386.58** |
| **Deposit Date**<br>11-15-2018 | **Advice #**<br>469449770 | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 36.40 | $418.60 | $15,123.92 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $32.02 | $1,180.95 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $386.58 | $13,319.02 |
| MYSHARE INCT | | | $0.00 | $111.07 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 36.40 | | | | | |
| PROTECTED PTO | | 43.81 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | $418.60 | $32.02 | $0.00 | $386.58 | | **Deposit No.** | **Amt. of Deposit** |
| **Year to Date** | $15,437.23 | $2,118.21 | $0.00 | $13,319.02 | | 469449770 | $386.58 |

**Get paid early with the Even app. Click here to download.**

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.     479-273-4000**

**Pay Period Beginning Date: 10-13-2018 through Ending Date: 10-26-2018**

| | | | | |
|---|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxxx3662 | **Amount**<br>$215.06 |
| | | | **Total Amount** | **$215.06** |
| **Deposit Date**<br>11-01-2018 | **Advice #**<br>468027790 | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 20.25 | $232.88 | $14,705.32 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $17.82 | $1,148.93 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $215.06 | $12,932.44 |
| MYSHARE INCT | | | $0.00 | $111.07 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 20.25 | | | | | |
| PROTECTED PTO | | 42.60 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| **Current** | **$232.88** | **$17.82** | **$0.00** | **$215.06** | | **Deposit No.** | **Amt. of Deposit** |
| **Year to Date** | **$15,018.63** | **$2,086.19** | **$0.00** | **$12,932.44** | | **468027790** | **$215.06** |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**     479-273-4000

**Pay Period Beginning Date: 09-29-2018 through Ending Date: 10-12-2018**

| | | | |
|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$425.56<br>**$425.56** |
| **Deposit Date**<br>10-18-2018 | **Advice #**<br>466602759 | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 40.07 | $460.81 | $14,472.44 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $35.25 | $1,131.11 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $425.56 | $12,717.38 |
| MYSHARE INCT | | | $0.00 | $111.07 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 40.07 | | | | | |
| PROTECTED PTO | | 41.93 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| **Current** | **$460.81** | **$35.25** | **$0.00** | **$425.56** | | **Deposit No.** | **Amt. of Deposit** |
| **Year to Date** | **$14,785.75** | **$2,068.37** | **$0.00** | **$12,717.38** | | **466602759** | **$425.56** |

**<u>Get paid early with the Even app. Click here to download.</u>**
**<u>Would you like to receive your W-2 online? Click here for more information.</u>**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**   **479-273-4000**

**Pay Period Beginning Date: 09-15-2018 through Ending Date: 09-28-2018**

| | | | | |
|---|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$451.79<br>**$451.79** |
| **Deposit Date**<br>10-04-2018 | **Advice #**<br>465178120 | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 42.54 | $489.21 | $14,011.63 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $37.42 | $1,095.86 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $451.79 | $12,291.82 |
| MYSHARE INCT | | | $0.00 | $111.07 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 42.54 | | | | | |
| PROTECTED PTO | | 40.60 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| **Current** | **$489.21** | **$37.42** | **$0.00** | **$451.79** | | **Deposit No.** | **Amt. of Deposit** |
| **Year to Date** | **$14,324.94** | **$2,033.12** | **$0.00** | **$12,291.82** | | **465178120** | **$451.79** |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**    **479-273-4000**

**Pay Period Beginning Date: 09-01-2018 through Ending Date: 09-14-2018**

| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$663.23<br>**$663.23** |
|---|---|---|---|---|---|
| **Deposit Date**<br>09-20-2018 | **Advice #**<br>463752658 | | | | |

| **W4 Withholding:** | **Tax Method:** | **Pay Category:** | **Exemptions:** | **Additional Withholding:** |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 62.45 | $718.18 | $13,522.42 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $54.95 | $1,058.44 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $663.23 | $11,840.03 |
| MYSHARE INCT | | | $0.00 | $111.07 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 62.45 | | | | | |
| PROTECTED PTO | | 39.18 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | $718.18 | $54.95 | $0.00 | $663.23 | | | |
| **Year to Date** | $13,835.73 | $1,995.70 | $0.00 | $11,840.03 | | 463752658 | $663.23 |

**Get paid early with the Even app. Click here to download.**

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.**     479-273-4000

**Pay Period Beginning Date: 08-18-2018 through Ending Date: 08-31-2018**

| | | | | |
|---|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$731.83<br>**$731.83** |
| **Deposit Date**<br>09-06-2018 | **Advice #**<br>462296802 | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 59.25 | $681.38 | $12,804.24 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $60.62 | $1,003.49 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $731.83 | $11,176.80 |
| MYSHARE INCT | | | $111.07 | $111.07 | | | |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 59.25 | | | | | |
| PROTECTED PTO | | 37.10 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| **Current** | $792.45 | $60.62 | $0.00 | $731.83 | | **Deposit No.** | **Amt. of Deposit** |
| **Year to Date** | $13,117.55 | $1,940.75 | $0.00 | $11,176.80 | | 462296802 | $731.83 |

**Get paid early with the Even app. Click here to download.**
**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.


**Online Paystub**

# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**    **479-273-4000**

**Pay Period Beginning Date: 08-04-2018 through Ending Date: 08-17-2018**

| | | | | |
|---|---|---|---|---|
| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662<br>**Total Amount** | **Amount**<br>$624.05<br>**$624.05** |
| **Deposit Date**<br>08-23-2018 | **Advice #**<br>460844787 | | | |

| **W4 Withholding:** | **Tax Method:** | **Pay Category:** | **Exemptions:** | **Additional Withholding:** |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 58.76 | $675.74 | $12,122.86 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | | | $0.00 | $2.24 | SOCIAL SECURITY | $51.69 | $942.87 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $624.05 | $10,444.97 |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 58.76 | | | | | |
| PROTECTED PTO | | 35.13 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | **$675.74** | **$51.69** | **$0.00** | **$624.05** | | | |
| **Year to Date** | **$12,325.10** | **$1,880.13** | **$0.00** | **$10,444.97** | | 460844787 | $624.05 |

**Get paid early with the Even app. Click here to download.**

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2019 Wal-Mart Stores, Inc.



# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.**   479-273-4000

**Pay Period Beginning Date: 07-21-2018 through Ending Date: 08-03-2018**

| CYNTHIA E ISOM<br>2275C CAMERON LAKE RD.<br>OKANOGAN, WA 98840 | **Payee**<br>USAA FEDERAL SAVINGS BANK | **Type**<br>CHECK DEPOSIT | **Account #**<br>xxxxxxxxxxxx3662 | **Amount**<br>$839.79 |
|---|---|---|---|---|
| | | | **Total Amount** | **$839.79** |
| **Deposit Date**<br>08-09-2018   **Advice #**<br>459411226 | | | | |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional<br>Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 6 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of<br>Deductions | Taxes /<br>Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | $11.5000 | 78.88 | $907.12 | $11,447.12 | FEDERAL TAX | $0.00 | $937.26 |
| OVERTIME EARN | $17.2500 | 0.13 | $2.24 | $2.24 | SOCIAL SECURITY | $69.57 | $891.18 |
| WM DISCR BONUS | | | $0.00 | $200.00 | CHECK DEPOSIT | $839.79 | $9,820.92 |
| | | | | | | | |
| PTO AVAILABLE | | 4.13 | | | | | |
| WRKDHRS | | 79.01 | | | | | |
| PROTECTED PTO | | 33.17 | | | | | |

| | Earnings | Taxes | Deductions | Net Pay | | Deposit No. | Amt. of Deposit |
|---|---|---|---|---|---|---|---|
| **Current** | **$909.36** | **$69.57** | **$0.00** | **$839.79** | | | |
| **Year to Date** | **$11,649.36** | **$1,828.44** | **$0.00** | **$9,820.92** | | 459411226 | $839.79 |

### Get paid early with the Even app. Click here to download.
### Would you like to receive your W-2 online? Click here for more information.

Copyright © 2019 Wal-Mart Stores, Inc.